COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| YOLANDA DIANNE CERECERES, | § | No. 08-20-00092-CV |
| Appellant, | § | Appeal from the |
| v. | § | 383rd District Court |
| FRANCISCO CERECERES, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2018DCM0285) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record, and concludes the appeal should be dismissed for want of prosecution, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs are assessed against Appellant. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF AUGUST, 2020.

YVONNE T. RODRIGUEZ, Justice

Before Alley, C.J., Rodriguez, and Palafox, JJ.